UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARION PARMER, :
:
    Plaintiff, :
:
v. : CASE NO. 8:17-cv-1549-T-23TGW
:
VERTPAC, LLC, *et al.*, :
:
    Defendants. :
_____ :

ORDER

THIS CAUSE came on for consideration upon the plaintiff's Unopposed Motion for Extension of Time to Complete Discovery (Doc. 19) and the plaintiff's Amended Unopposed Motion for Extension of Time to Complete Discovery (Doc. 20). The plaintiff seeks seek an extension of the discovery deadline (id.). Based on the reasons set forth in the most current motion, the motion will be granted.

It is, therefore, upon consideration

ORDERED:

1. That the plaintiff's Unopposed Motion for Extension of Time to Complete Discovery (Doc. 19) be, and the same is hereby, **DENIED as moot**.

2. That the plaintiff's Amended Unopposed Motion for Extension of Time to Complete Discovery (Doc. 20) be, and the same is hereby, **GRANTED**. The Case Management and Scheduling Order is amended as follows:

    Discovery deadline:          April 13, 2018

    Discovery-related motions:    April 27, 2018

All other deadlines of the Case Management and Scheduling Order remain unchanged.

DONE and ORDERED at Tampa, Florida, this 13th day of March, 2018.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2